UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**Michael Barack**, individually and on behalf of similarly situated classes,

    Plaintiff,

v.

**Alleviate Tax, LLC**,

    Defendant.

                                         /

**Civil Action: 4:24-cv-947-P**

## STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)

Plaintiff Michael Barack ("Plaintiff") and Defendant Alleviate Tax, LLC ("Alleviate") (together, the "Parties"), by and through their respective attorneys of record, hereby submit this stipulation for dismissal of the above-captioned action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, *with prejudice* as to each of the Plaintiff's individual claims and *without prejudice* as to the putative class, with the Parties to each bear their respective attorneys' fees and costs.

Respectfully submitted,

By: */s/Chris R. Miltenberger*
Chris R. Miltenberger
Texas Bar Number: 14171200
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Max S. Morgan, Esq.
(PA Bar Number: 316096)
The Weitz Firm, LLC
1515 Market Street, Suite 1100

1

        Philadelphia, PA 19102
        267-587-6240 (office)
        215-689-0875 (fax)
        max.morgan@theweitzfirm.com

*Attorneys for Plaintiff*

-AND-

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Michael A. Harvey*
**MICHAEL A. HARVEY**
State Bar No. 24058352
Federal ID No. 917759
700 Milam Street, Suite 800
Houston, Texas 77002
Telephone: (713) 222-4015
Facsimile: (713) 222-5834
mharvey@munsch.com

**-AND-**

By: */s/ Blake H. Landis*
**Eric J. Troutman** (*pro hac vice*)
California Bar No. 229263
**Puja J. Amin** (*pro hac vice*)
California Bar No. 299547
**Tori L. Guidry** (*pro hac vice*)
Louisiana Bar No. 37704
**Blake H. Landis** (*pro hac vice*)
Florida Bar No. 1058506
400 Spectrum Center Drive, Suite 1550
Irvine, California 92618
Telephone: (949) 350-3663
Facsimile: (949) 203-8689
troutman@troutmanamin.com

**ATTORNEYS IN CHARGE FOR DEFENDANT ALLEVIATE TAX, LLC**

**OF COUNSEL:**
**MADDISON L. CRAIG**
State Bar No. 24137348
MUNSCH HARDT KOPF & HARR, P.C.

2

mcraig@munsch.com
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
(214) 855-7500 (telephone)
(214) 855-7584 (facsimile)

**EARL L. INGLE**
State Bar No. 24097234
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam Street, Suite 800
Houston, Texas 77002
Telephone:(713) 222-4075
eingle@munsch.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2025, a copy of the foregoing was filed electronically and served on all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing.

*/s/ Chris R. Miltenberger*
Chris R. Miltenberger
